ADRIAN C. CONWAY, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 1614. Promulgated December 19, 1927.

March 1, 1913, value determined.

*Adrian C. Conway* pro se.
*Brice Toole, Esq.,* for the respondent.

OPINION.

VAN FOSSAN: Under the decisions of the Supreme Court in *United States* v. *Flannery*, 268 U. S. 98, and *McCaughn* v. *Ludington*, 268 U. S. 106, the loss in this case is to be computed by deducting the sale price from the aggregate cost. So computed, the loss is $375.

> *Judgment will be entered on 15 days' notice, under Rule 50.*

Considered by MARQUETTE and PHILLIPS.